■ Hans Field, Respondent, v. Rea H. Field, Appellant.— Appeal unanimously dismissed as academic, with costs to the plaintiff-respondent, in view of the disposition made by Special Term of the remand directed by order of this court entered July 5, 1956, in the companion appeal (Field v. Field, 1 A D 2d 643). Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of the Accounting of the Hanover Bank, as Sole Trustee of the Trust Created under Paragraph Sixteenth of the Will of Byron L. Strasburger, Deceased, Respondent. Robert L. Blum et al., as Executors of Germaine B. de Levy, Deceased Executrix of Andre Levy, Deceased, et al., Appellants; Louise M. Fabius et al., Respondents.— The intent of the testator with respect to the trust which he created in paragraph sixteenth, clearly indicates that the remainder interests were to vest and to be deemed as vested at the time of his death. The words used when compared to the phraseology in paragraph seventeenth lend emphasis to the foregoing. It was error, therefore, to hold that there was a contingently vested remainder subject to subsequent divestment. Decree unanimously reversed and the matter remanded to the Surrogate for the entry of a decree in accordance with this determination. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ Jacob Ruth et al., Respondents, v. S. Z. B. Corporation, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ. [2 Misc 2d 631.]

■ In the Matter of Malcolm W. Jackson et al., Appellants, against Joseph Schechter et al., Constituting the Department of Personnel, City Civil Service Commission, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. While it is not incumbent upon petitioners, in order to sustain their position, to show that operators are performing all the duties of dispatcher, their claim here must nevertheless be rejected since they have failed to show that the operators are performing the fundamental duties of a dispatcher, which are in the main supervisory in nature. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ In the Matter of George H. Robeson, Appellant, against Stephen P. Kennedy, as Police Commissioner of the City of New York, et al., Respondents.—Order unanimously affirmed. No opinion. (See Matter of Delicati v. Kennedy, 3 A D 2d 19, decided herewith.) Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.